Patti Ann Amoy Chaplin
c/o
Jacek W. Lentz, Esq.
THE LENTZ LAW FIRM, P.C.
1200 Wilshire Blvd., Suite 406
Los Angeles, CA 90017
Telephone: (213) 250 - 9200
Facsimile: (213) 250 - 9161
Email: jwl@lentzlawfirm.com

Claimant Pro Per

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA, | Case Action No.8:18-CV-03565-CBD |
|---|---|
| Plaintiff, | **VERIFIED CLAIM AND STATEMENT OF INTEREST FOR PATTI ANN AMOY CHAPLIN** |
| v. | |
| $213,573 IN U.S. CURRENCY, | |
| Defendant(s). | |

I.

Claimant Patti Ann Amoy Chaplin hereby makes claim to the Defendant property to wit, $213,573.

II.

Claimant makes this claim as the owner of the Defendant property.

VERIFIED CLAIM AND STATEMENT OF INTEREST            -1-

III.

The property claimed by the Claimant shall be returned to Claimant for the reason that the said property was not and is not subject to seizure or forfeiture pursuant to Title 18, United States Code, Section 983(d) or any other statute. Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

**VERIFICATION**

I, Patti Ann Amoy Chaplin, verify that I have read the foregoing Claim, and declare under the penalty of perjury that the allegations therein are true and correct.

Executed this 9TH day of January, 2019.

Respectfully submitted,

By: *Chaplin*
Patti Ann Amoy Chaplin
Claimant Pro Per

# PROOF OF SERVICE

I, Gina Garfias, declare as follows:

I am employed in the City of Los Angeles, California. I am over the age of eighteen years, and not a party to the within case; my business address is The Lentz Law Firm, P.C., 1200 Wilshire Blvd, Suite 406, Los Angeles, California 90017. On Jan. 10, 2019, I served the within:

**VERIFIED CLAIM AND STATEMENT OF INTEREST**

in the U.S. District Court Case No. 8:18-CV-03565-CBD, by sending a true copy thereof, as indicated and addressed as follows:

> Mr. Ray McKenzie
> United States Attorney's Office
> 6500 Cherrywood Lane
> Greenbelt, MD 20770
> [Fax: ]

[X] **(BY MAIL)** By placing such document in an envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at the office of The Lentz Law Firm, P.C., Los Angeles, California following ordinary business practice. I am readily familiar with the practice of The Lentz Law Firm, P.C., for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **(BY PERSONAL SERVICE)** By causing such document to be delivered by hand with instructions that it be personally served.

[ ] **(BY FACSIMILE)** By placing such document for collection and transmission at the office of The Lentz Law Firm, P.C., Los Angeles, California, to the facsimile numbers listed above. I am readily familiar with the practice of The Lentz Law Firm, P.C., for collection and processing of facsimiles, said practice being that in the ordinary course of business, facsimiles are transmitted immediately after being placed for processing.

I declare under penalty of perjury under the laws of the State of Maryland that the foregoing is true and correct and that this declaration was executed on January 10, 2019, at Los Angeles, California.

_____
Gina Garfias